In the Matter of MORIFERE BENGALI KONE, Respondent, v LAKEASHA MARTIN, Respondent. BONNIE PALEY, Nonparty Appellant.

Submitted February 14, 2017; decided April 4, 2017

Motion for leave to appeal dismissed upon the ground that movant is not a party aggrieved (*see* CPLR 5511).

In the Matter of RAYMOND NEWCOMB et al., Appellants, v MIDDLE COUNTRY CENTRAL SCHOOL DISTRICT, Respondent.

Submitted February 6, 2017; decided April 4, 2017

Motion for reargument denied [*see* 28 NY3d 455 (2016)].